No. 01–8083.  HINDS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8125.  CLEMENTS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–8132.  RIGDON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.